UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-26512 |
|---|---|---|
| Ana Vargas | Chapter: | 13 |
| | Judge: | CMG |

**NOTICE OF PROPOSED PRIVATE SALE**

_____Ana Vargas_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, United States Bankruptcy Court
United States Bankruptcy Court
402 E. State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____11/7/2018_____ at _____9:00_____ a.m. at the United States Bankruptcy Court, courtroom no. _____, 402 E. State Street, Trenton, New Jersey 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  Debtor's interest in real property located at:
111 Burnham Drive
Fords, New Jersey 08863

Proposed Purchaser:  Michael Fortunato

Sale price:  $349,900

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Michelle Marquez and Bruce C. Truesdale, Esq.
Amount to be paid:  5% of sale price and $1050 to Bruce C. Truesdale, Esq.
Services rendered:  Real estate broker services and attorney real estate closing services

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Bruce C. Truesdale, Esq.

Address: 147 Union Ave, Suite 1E, Middlesex, New Jersey 08846

Telephone No.: 732-302-9600

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-26512-CMG
Ana R. Vargas                                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2        Date Rcvd: Oct 15, 2018
                            Form ID: pdf905        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.

```
db         +Ana R. Vargas,   111 Burnham Drive,   Fords, NJ 08863-1003
r          +Michelle Marquez,   JJ Elek Realty,   117 Main St,   Woodbridge, NJ 07095-2895
cr         +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
517706513   American Express,   PO Box 8218,   Mason, OH 45040-8218
517706514  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
517755807  +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517706515  +Best Buy Credit Services,   PO Box 790441,   Saint Louis, MO 63179-0441
517706516   Cenlar,   PO Box 77404,   Helmetta, NJ 08828
517706518  +Firstsource Advantage LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
517706519  +Frederic I Weinberg & Associates, PC,   1200 Laurel Oak Road,   Suite 104,
             Voorhees, NJ 08043-4317
517706520   General Revenue Corp,   4660 Duke Dr Suite 300,   Mason, OH 45040-8466
517706521   Macys/DSNB,   PO Box 8218,   Mason, OH 45040-8218
517706522  +Mohela/Dept of Ed,   633 Spirit Drive,   Chesterfield, MO 63005-1243
517751755  +Navient Solutions, LLC. on behalf of,   National Student Loan Program,   PO BOX 82507,
             Lincoln, NE 68501-2507
517706525  +Quest Diagnostics,   PO Box 740985,   Cincinnati, OH 45274-0985
517706527   Sears Credit Cards,   PO Box 6282,   Sioux Falls, SD 57117-6282
517706528   Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
517706529   TD Bank USA/Target Credit,   PO Box 673,   Minneapolis, MN 55440-0673
517706530  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Financial Services,   Bankruptcy Dept,   P.O. Box 8026,
             Cedar Rapids, IA 52408)
517711082  +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243
517706531   Wells Fargo,   PO Box 5185,   Sioux Falls, SD 57117-5185
517783076   Wells Fargo Bank, N.A.,   Wells Fargo Education Financial Services,
             PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
517706532  +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
517706533  +Womens Healthcare Imaging, Corp,   PO Box 2185,   Union, NJ 07083-2185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 15 2018 23:50:25     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 15 2018 23:50:22     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517706517  +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 15 2018 23:50:15
             Comenity Bank/Victorias Secret,   PO Box 182789,   Columbus, OH 43218-2789
517706523  +E-mail/PDF: pa_dc_claims@navient.com Oct 15 2018 23:56:33     Navient,   PO Box 9500,
             Wilkes Barre, PA 18773-9500
517706524   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2018 23:57:44
             Portfolio Recovery Associates,   120 Corporate Blvd,   Suite 100,   23502,   Norfolk, VA 23502
517706526  +E-mail/Text: bkrpt@retrievalmasters.com Oct 15 2018 23:50:21
             Retrieval-Masters Creditors Bureau,Inc,   4 Westchester Plaza,   Suite 110,
             Elmsford, NY 10523-1615
517708985  +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2018 23:57:04     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 15, 2018
                              Form ID: pdf905          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Ana R. Vargas brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```