UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | | |
|---|---|---|---|---|
| In re: | : | Case no.: | 18-26512-CMG | |
| Ana R. Vargas | : | Chapter: | 7 | |
| | : | Judge: | Gravelle | |
| Debtor(s) | : | | | |

## CERTIFICATION OF NO OBJECTION

I _____Alyson M. Guida_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

❑    Abandonment

❑    Public Sale

☒    Private Sale

❑    Settlement of Controversy

❑    Auctioneer Compensation

Description of Property (if applicable):
111 Burnham Drive Fords, New Jersey 08863

JEANNE A. NAUGHTON, Clerk

Date: __11/6/2018_____         By: /s/ Alyson M. Guida_____

*rev.2/10/17*