UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE, LLC
By: Bruce C. Truesdale, Esq.
ID # BT 0928
147 Union Ave
Middlesex, NJ 08846
Attorneys for Debtor

**Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANA VARGAS

| | |
|---|---|
| Case No.: | 18-26512 |
| Hearing Date: | 11/7/2018 |
| Chapter: | 13 |
| Judge: | CMG |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form:     ☒ Followed     ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 13, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____111 Burnham Drive, Fords_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Michelle Marquez and Bruce C. Truesdale, Esq. |
| Amount to be paid: | 5% of sale price and $1050 to Bruce C. Truesdale, Esq. |
| Services rendered: | Real estate broker services and attorney real estate closing services |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $___23,675.00___ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

   The secured lien of Wells Fargo Bank, N.A. shall be paid in full at closing pursuant to a valid payoff, requested by the Debtor and provided by the Secured Creditor prior to the closing date.

   Wells Fargo Bank, N.A. shall receive the full payoff, as determined by a current payoff statement, within 48 hours of closing and that the Payoff Statement cannot be expired at the time of closing.

   Wells Fargo Bank, N.A. requires that any proposed short sale be first approved by Wells Fargo and if such a sale will be taking place after the imposed deadline as outlined by the Secured Creditor, a new approval will be required prior to the sale.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ana R. Vargas  
    Debtor

Case No. 18-26512-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 13, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.  
db          +Ana R. Vargas,    111 Burnham Drive,    Fords, NJ 08863-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Bruce C. Truesdale    on behalf of Debtor Ana R. Vargas brucectruesdalepc@gmail.com,  
         bctpcecf@gmail.com;r49787@notify.bestcase.com  
         Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A.  
         craig.keiser@phelanhallinan.com  
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 6