Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−26512−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana R. Vargas
   111 Burnham Drive
   Fords, NJ 08863

Social Security No.:
   xxx−xx−7137

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/17/18 and a confirmation hearing on such Plan has been scheduled for 12/10/18.

The debtor filed a Modified Plan on 12/7/18 and a confirmation hearing on the Modified Plan is scheduled for 1/16/2019 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 10, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-26512-CMG
Ana R. Vargas                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Dec 10, 2018
                              Form ID: 186             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
```
db          #+Ana R. Vargas,    111 Burnham Drive,    Fords, NJ 08863-1003
r            +Michelle Marquez,    JJ Elek Realty,    117 Main St,    Woodbridge, NJ 07095-2895
cr           +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
517706513     American Express,    PO Box 8218,    Mason, OH 45040-8218
517706514    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
517755807    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517706515    +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
517706516     Cenlar,    PO Box 77404,    Helmetta, NJ 08828
517834470     Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
517706518    +Firstsource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
517706519    +Frederic I Weinberg & Associates, PC,    1200 Laurel Oak Road,    Suite 104,
               Voorhees, NJ 08043-4317
517706520     General Revenue Corp,    4660 Duke Dr Suite 300,    Mason, OH 45040-8466
517706521     Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
517706522    +Mohela/Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517751755    +Navient Solutions, LLC. on behalf of,    National Student Loan Program,    PO BOX 82507,
               Lincoln, NE 68501-2507
517834161    +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517706525    +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517706527     Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
517706528     Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517706529     TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
517706530    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    Bankruptcy Dept,    P.O. Box 8026,
               Cedar Rapids, IA 52408)
517711082    +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517706531     Wells Fargo,    PO Box 5185,    Sioux Falls, SD 57117-5185
517783076     Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
               PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517833006     Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
517706532    +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
517706533    +Womens Healthcare Imaging, Corp,    PO Box 2185,    Union, NJ 07083-2185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2018 22:20:19     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2018 22:20:19      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517706517    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2018 22:20:17
               Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
517706523    +E-mail/PDF: pa_dc_claims@navient.com Dec 10 2018 22:25:47     Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
517706524     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2018 22:25:17
               Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    23502,    Norfolk, VA 23502
517836764     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2018 22:25:47
               Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
               Norfolk VA 23541
517836768     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2018 22:25:31
               Portfolio Recovery Associates, LLC,    c/o Climate Select,    POB 41067,    Norfolk VA 23541
517820654     E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2018 22:20:18
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517706526    +E-mail/Text: bkrpt@retrievalmasters.com Dec 10 2018 22:20:18
               Retrieval-Masters Creditors Bureau,Inc,    4 Westchester Plaza,    Suite 110,
               Elmsford, NY 10523-1615
517708985    +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2018 22:25:31     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517824521    +E-mail/Text: bncmail@w-legal.com Dec 10 2018 22:20:21     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 11
```

        \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 10, 2018
                              Form ID: 186             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:

```
              Albert    Russo     docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Ana R. Vargas brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor   WELLS FARGO BANK, N.A.
               craig.keiser@phelanhallinan.com
              Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```