**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    **Ana R. Vargas**

Case No..:          18-26512

Judge:          **Christine M. Gravelle**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original          ☑ Modified/Notice Required          Date:          December 2018
☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney   _BCT_          Initial Debtor:   _ARV_          Initial Co-Debtor   _____

## Part 1:  Payment and Length of Plan

      a.  The debtor has paid to date _$2,600_ shall pay  _530.00  Monthly_  to the Chapter 13 Trustee, starting on  _1/1/2019_   for approximately **32** months.

      b.  The debtor shall make plan payments to the Trustee from the following sources:
          ☑     Future Earnings
          ☐     Other sources of funding (describe source, amount and date when funds are available):

      c.  Use of real property to satisfy plan obligations:
          ☑     Sale of real property
               Description: **111 Burnham Drive, Fords, New Jersey 08863**
               Proposed date for completion:    _**2/28/2018 (Sale Completed)**_

          ☐     Refinance of real property:
               Description:
               Proposed date for completion:    _____

          ☐     Loan modification with respect to mortgage encumbering property:
               Description:
               Proposed date for completion:    _____

      d.    ☑     The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
      e.    ☐     Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection         X NONE

      a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

      b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

      a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Albert Russo** | **Administrative** | **per statute** |
| **Bruce C. Truesdale** | **Attorney Fees** | **2,000.00** |

      b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
        Check one:
          ☑ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Wells Fargo Home Mortgage** | **111 Burnham Drive, Fords, New Jersey 08863** | **13,000.00** | **0%** | **0.00 (Mortgage was satisfied from proceeds of sale)** | **2,181.00** |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
**Cenlar**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims        ☐ NONE

**a. Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☑    Not less than _100_ percent

☐    *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases        ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions        ☒ NONE

4

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|----------|---------------------|--------------|----------------|---------------------|------------------------------|----------------------------------------------|------------------------------|
|          |                     |              |                |                     |                              |                                              |                              |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|----------|-----------|----------------|------------------------|----------------|---------------------------------------------|------------------------------------------|
|          |           |                |                        |                |                                             |                                          |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|----------|-----------|----------------|------------------------|------------------------------|-----------------------------------------|
|          |           |                |                        |                              |                                         |

## Part 8:  Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

**d. Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

| **Part 9:  Modification** ■ NONE |
|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:  __August 2018__ .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **December 2018**<br>    **Debtor has consummated proposed sale and bar date for the filing of POCs has passed.** | **December 2018**<br>    **Part 1 and Part 4 now reflect that the sale of real property has been completed. Debtor's plan payments in part 1 have been adjusted to pay 100% of filed unsecured non-student loan POCs through the plan.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?  ☐ Yes    ☑ No

| **Part 10 :  Non-Standard Provision(s): Signatures Required** |
|---|

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here: **The Chapter 13 Trustee is not to pay any student loan POCs through the plan. Debtor will address the same outside her plan.**
Any non-standard provisions placed elsewhere in this plan are ineffective.

| **Signatures** |
|---|

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **December  7, 2018**                      /s/ **Ana R. Vargas**
                                                    **Ana R. Vargas**
                                                    Debtor
Date:  _____

                                                    Joint Debtor

Date  **December  7, 2018**                       /s/ **Bruce C. Truesdale**
                                                    **Bruce C. Truesdale**
                                                    Attorney for the Debtor(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26512-CMG
Ana R. Vargas                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 10, 2018
                             Form ID: pdf901          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db          #+Ana R. Vargas,   111 Burnham Drive,   Fords, NJ 08863-1003
r           +Michelle Marquez,   JJ Elek Realty,   117 Main St,   Woodbridge, NJ 07095-2895
cr          +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
517706513    American Express,   PO Box 8218,   Mason, OH 45040-8218
517706514   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
517755807    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517706515    +Best Buy Credit Services,   PO Box 790441,   Saint Louis, MO 63179-0441
517706516    Cenlar,   PO Box 77404,   Helmetta, NJ 08828
517834470    Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
              Kirkland, WA 98083-0657
517706518    +Firstsource Advantage LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
517706519    +Frederic I Weinberg & Associates, PC,   1200 Laurel Oak Road,   Suite 104,
              Voorhees, NJ 08043-4317
517706520    General Revenue Corp,   4660 Duke Dr Suite 300,   Mason, OH 45040-8466
517706521    Macys/DSNB,   PO Box 8218,   Mason, OH 45040-8218
517706522    +Mohela/Dept of Ed,   633 Spirit Drive,   Chesterfield, MO 63005-1243
517751755    +Navient Solutions, LLC. on behalf of,   National Student Loan Program,   PO BOX 82507,
              Lincoln, NE 68501-2507
517834161    +Pingora Loan Servicing, LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
517706525    +Quest Diagnostics,   PO Box 740985,   Cincinnati, OH 45274-0985
517706527    Sears Credit Cards,   PO Box 6282,   Sioux Falls, SD 57117-6282
517706528    Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
517706529    TD Bank USA/Target Credit,   PO Box 673,   Minneapolis, MN 55440-0673
517706530   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   Bankruptcy Dept,   P.O. Box 8026,
              Cedar Rapids, IA 52408)
517711082    +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243
517706531    Wells Fargo,   PO Box 5185,   Sioux Falls, SD 57117-5185
517783076    Wells Fargo Bank, N.A.,   Wells Fargo Education Financial Services,
              PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
517833006    Wells Fargo Bank, N.A.,   Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,
              1000 Blue Gentian Road,   Eagan MN 55121-7700
517706532    +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
517706533    +Womens Healthcare Imaging, Corp,   PO Box 2185,   Union, NJ 07083-2185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2018 00:06:59    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2018 00:06:53    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517706517    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2018 00:06:34
              Comenity Bank/Victorias Secret,   PO Box 182789,   Columbus, OH 43218-2789
517706523    +E-mail/PDF: pa_dc_claims@navient.com Dec 11 2018 00:16:31    Navient,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
517706524    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 00:15:48
              Portfolio Recovery Associates,   120 Corporate Blvd,   Suite 100,   23502,   Norfolk, VA 23502
517836764    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 00:16:07
              Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,   POB 41067,
              Norfolk VA 23541
517836768    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 00:16:07
              Portfolio Recovery Associates, LLC,   c/o Climate Select,   POB 41067,   Norfolk VA 23541
517820654    E-mail/Text: bnc-quantum@quantum3group.com Dec 11 2018 00:06:47
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517706526    +E-mail/Text: bkrpt@retrievalmasters.com Dec 11 2018 00:06:53
              Retrieval-Masters Creditors Bureau,Inc,   4 Westchester Plaza,   Suite 110,
              Elmsford, NY 10523-1615
517708985    +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 00:15:59    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517824521    +E-mail/Text: bncmail@w-legal.com Dec 11 2018 00:07:10    TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                           TOTAL: 11

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 10, 2018
                              Form ID: pdf901          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Ana R. Vargas brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A.
               craig.keiser@phelanhallinan.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6
```