NOTICE OF OBJECTION TO CONFIRMATION

WELLS FARGO BANK, N.A. has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1.    File with the Court an answer, explaining your position at:

**Clerk**

**U.S. Bankruptcy Court**

**402 E. State Street**

**Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC           ALBERT RUSSO, Trustee
1617 JFK Boulevard, Suite 1400                    CN 4853, SUITE 101
Philadelphia, PA 19103                              TRENTON, NJ 08650

2.    Attend the hearing scheduled to be held on 12/05/2018 in the TRENTON Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court**

**402 E. State Street**

**Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: December 18, 2018

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

**File No. 814838**
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard
Philadelphia, PA 19103
856-813-5500
FAX Number 856-813-5501
WELLS FARGO BANK, N.A.

| | |
|---|---|
| In Re:<br><br>        ANA R. VARGAS<br><br><br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 18-26512 - CMG<br><br>Hearing Date: 12/05/2018 |

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor,

WELLS FARGO BANK, N.A., the holder of a Mortgage on debtors residence located at 111

BURNHAM DRIVE, FORDS, NJ 08863-1003 hereby objects to the Confirmation of the debtors

proposed Chapter 13 Plan on the following grounds:

1.      Movant is WELLS FARGO BANK, N.A..

2.      Debtors, ANA R. VARGAS, CARLOS G. VARGAS are the owners of the property

located at 111 BURNHAM DRIVE, FORDS, NJ 08863-1003.

3.      On October 24, 2018, Movant filed a Proof of Claim listing pre-petition arrears in

the amount of $20,606.68

4.      Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5.      Debtor's Plan does not provide for specific payment of the mortgage arrears owed to

Movant and only makes reference to the filed claim without stating the amount to be paid.

Debtor's Plan calls for the sale of the property. There is no documentation to support such a

proposal. The proposed sale of the property is speculative in nature.

6.      Movant objects to Debtor's Plan as it is severely underfunded.  Debtor's Plan should

be amended to fully fund the arrears owed to Movant during the term of the Plan rather than

rely on speculation that the property will be sold.

WHEREFORE, WELLS FARGO BANK, N.A. respectfully requests that the Confirmation of Debtors Plan be denied.

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated: December 18, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

814838
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

| In Re: | Case No:  18-26512 - CMG |
|---|---|
| Ana R. Vargas | Hearing Date: 01/16/2019 |
| | Judge:  CHRISTINE M. GRAVELLE |
| | Chapter:  13 |

## CERTIFICATION OF SERVICE

1.      I, Bjorn Pilgrim:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, N.A. in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On December 20, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

Objection to Plan

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:   December 20, 2018                        /s/  *Bjorn Pilgrim*
                                                                          Bjorn Pilgrim

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ANA R. VARGAS<br>111 BURNHAM DRIVE<br>FORDS, NJ 08863-1003 | DEBTOR | ☐ HAND-DELIVERED<br><br>☒ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☐ NOTICE OF ELECTRONIC FILING (NEF)<br><br>☐ OTHER_____<br>  (AS AUTHORIZED BY THE COURT *) |
| BRUCE C TRUESDALE, ESQUIRE<br>147 UNION AVENUE<br>SUITE 1E<br>MIDDLESEX, NJ 08846 | DEBTOR'S ATTORNEY | ☐ HAND-DELIVERED<br><br>☒ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☐ NOTICE OF ELECTRONIC FILING (NEF)<br><br>☐ OTHER_____<br>  (AS AUTHORIZED BY THE COURT *) |
| ALBERT RUSSO, TRUSTEE<br>CN 4853<br>SUITE 101<br>TRENTON, NJ 08650 | TRUSTEE | ☐ HAND-DELIVERED<br><br>☒ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☒ NOTICE OF ELECTRONIC FILING (NEF)<br><br>☐ OTHER_____<br>  (AS AUTHORIZED BY THE COURT *) |
| U.S. TRUSTEE<br>U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | TRUSTEE | ☐ HAND-DELIVERED<br><br>☐ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☒ NOTICE OF ELECTRONIC FILING (NEF) |

2

|  |  | ☐ OTHER_____ <br> (AS AUTHORIZED BY THE <br> COURT *) |
|---|---|---|

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.