Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−26512−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana R. Vargas
   111 Burnham Drive
   Fords, NJ 08863

Social Security No.:
   xxx−xx−7137

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     3/20/19
Time:    12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale

COMMISSION OR FEES
$2,345.00

EXPENSES
$27.60

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 15, 2019
JAN:

                              Jeanne Naughton
                              Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-26512-CMG
Ana R. Vargas                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Feb 15, 2019
                              Form ID: 137             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db            #+Ana R. Vargas,    111 Burnham Drive,    Fords, NJ 08863-1003
r              +Michelle Marquez,    JJ Elek Realty,    117 Main St,    Woodbridge, NJ 07095-2895
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517706513       American Express,    PO Box 8218,    Mason, OH 45040-8218
517706514      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
517755807      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517706515      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
517706516       Cenlar,   PO Box 77404,    Helmetta, NJ 08828
517834470       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517706518      +Firstsource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
517706519      +Frederic I Weinberg & Associates, PC,     1200 Laurel Oak Road,    Suite 104,
                 Voorhees, NJ 08043-4317
517706520       General Revenue Corp,    4660 Duke Dr Suite 300,    Mason, OH 45040-8466
517706521       Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
517706522      +Mohela/Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517751755      +Navient Solutions, LLC. on behalf of,     National Student Loan Program,    PO BOX 82507,
                 Lincoln, NE 68501-2507
517834161      +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517706525      +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517706527       Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
517706528       Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517706529       TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
517706530      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     Bankruptcy Dept,    P.O. Box 8026,
                 Cedar Rapids, IA 52408)
517711082      +U S Department of Education/MOHELA,     633 Spirit Drive,    Chesterfield, MO 63005-1243
517706531       Wells Fargo,    PO Box 5185,    Sioux Falls, SD 57117-5185
517783076       Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517833006       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
517706532      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
517706533      +Womens Healthcare Imaging, Corp,    PO Box 2185,    Union, NJ 07083-2185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 01:10:42      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 01:10:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517706517      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 16 2019 01:10:17
                 Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
517706523      +E-mail/PDF: pa_dc_claims@navient.com Feb 16 2019 01:15:58      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517706524       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2019 01:15:56
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    23502,    Norfolk, VA 23502
517836764       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2019 01:15:35
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517836768       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2019 01:15:36
                 Portfolio Recovery Associates, LLC,    c/o Climate Select,    POB 41067,    Norfolk VA 23541
517820654       E-mail/Text: bnc-quantum@quantum3group.com Feb 16 2019 01:10:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517706526      +E-mail/Text: bkrpt@retrievalmasters.com Feb 16 2019 01:10:35
                 Retrieval-Masters Creditors Bureau,Inc,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
517708985      +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 01:15:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517824521      +E-mail/Text: bncmail@w-legal.com Feb 16 2019 01:11:31      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2019
                              Form ID: 137             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Bruce C. Truesdale    on behalf of Debtor Ana R. Vargas brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A.
           craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```