UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Abelson & Truesdale, LLC
Bruce C. Truesdale, Esq.
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
Tel: 732-302-9600
Fax: 732-302-9600

**Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ana Vargas

| | |
|---|---|
| Case No.: | 18-26512 |
| Chapter: | 13 |
| Judge: | Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 21, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale_____, the applicant, is allowed a fee of $ ____2,345.00____ for services rendered and expenses in the amount of $____27.60____ for a total of $____2,372.60____. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____620____ per month for ____29____ months to allow for payment of the aforesaid fee. (starting April 1, 2019)

*Revised 10/3/02*