UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Abelson & Truesdale, LLC
Bruce C. Truesdale, Esq.
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
Tel: 732-302-9600
Fax: 732-302-9600

In Re:

Ana Vargas

Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-26512

Chapter: 13

Judge: Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale_____, the applicant, is allowed a fee of $ ___2,345.00___ for services rendered and expenses in the amount of $___27.60___ for a total of $___2,372.60___. The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $___620___ per month for ___29___ months to allow for payment of the aforesaid fee.
(starting April 1, 2019)

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Ana R. Vargas  
      Debtor

Case No. 18-26512-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 22, 2019  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.  
db          #+Ana R. Vargas,    111 Burnham Drive,    Fords, NJ 08863-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:

         Albert   Russo     docs@russotrustee.com  
         Andrew L. Spivack     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Bruce C. Truesdale     on behalf of Debtor Ana R. Vargas brucectruesdalepc@gmail.com,  
          bctpcecf@gmail.com;r49787@notify.bestcase.com  
         Craig Scott Keiser     on behalf of Creditor     WELLS FARGO BANK, N.A.  
          craig.keiser@phelanhallinan.com  
         Denise E. Carlon     on behalf of Creditor     Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor     Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                               TOTAL: 8